**NOT FOR PUBLICATION**

**FILED**

UNITED STATES COURT OF APPEALS

JUL 20 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| RODRIGO CARMONA CARRERA, | No. 21-70985 |
| Petitioner, | Agency No. A087-913-647 |
| v. | |
| MERRICK B. GARLAND, Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 12, 2022**

Before:     SCHROEDER, R. NELSON, and VANDYKE, Circuit Judges.

Rodrigo Carmona Carrera, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for cancellation of removal.

We have jurisdiction under 8 U.S.C. § 1252.  We review de novo questions of law.

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*Bhattarai v. Lynch*, 835 F.3d 1037, 1042 (9th Cir. 2016). We deny the petition for review.

Carmona Carrera's contention that jurisdiction did not vest with the immigration court due to the missing information in his Notice to Appear ("NTA") is foreclosed by *United States v. Bastide-Hernandez*, No. 19-30006, 2022 WL 2662044, *2 *6 (9th Cir. July 11, 2022) (en banc), where the court held that a lack of hearing information in the NTA does not deprive the immigration court of subject matter jurisdiction, and 8 C.F.R. § 1003.14(a) is satisfied when later notice provides hearing information. *See also Karingithi v. Whitaker*, 913 F.3d 1158, 1160-62 (9th Cir. 2019).

The temporary stay of removal remains in place until issuance of the mandate.

**PETITION FOR REVIEW DENIED.**

21-70985